UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHAN SAMUEL ROZO MORALES,
(A#246-674-641),

        Petitioner,

    v.

WARDEN, et al.,

        Respondents.

No.  2:26-cv-01253-DAD-SCR

**MINUTE ORDER**

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

In light of the denial of petitioner's motion for a temporary restraining order, the court hereby sets the briefing schedule on the pending § 2241 petition.  Respondent is directed to file an **answer/return within fourteen (14) days** from the date of this order.  See 28 U.S.C. § 2243. Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.  If respondent elects to stand on the briefing already submitted, it shall file a notice indicating that no further briefing will be submitted.  Petitioner may file a **reply/traverse within seven (7) days** after being served a copy of the answer.  Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse or the expiration of the time to do so.

IT IS SO ORDERED.

1